# U.S. District Court

15 E, 300 South 4th Street
Minneapolis, MN 55414
664-5053
Fax: 664-5054

December 7, 2006

COUNSEL OF RECORD

Re: Cr. #02-185 USA v. Paul Ulysses Clark

Dear Counsel:

Please be advised that a re-sentencing hearing before Chief Judge James Rosenbaum has been scheduled for **December 14, 2006 @ 2:00 p.m.**

Please call if you have any questions. Thank you.

Sincerely,

s/Heather Labat
Heather Labat, Calendar Clerk to
Chief Judge James M. Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Heather_Labat@mnd.uscourts.gov

cc: All Counsel of Record
Pretrial Services
Probation Office