# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Paul Ulysses Clark,
Defendant.

## COURT MINUTES - CRIMINAL

Case No: 02-185 JMR/SRN
Date: January 3, 2007
Court Reporter: Dawn Hansen
Time Commenced: 9:19 a.m.
Time Concluded: 9:34 a.m.
Time in Court: 15 Minutes

Before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Joe Dixon
For Defendant: Manny Atwal : FPD

: **Resentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 4 | X | | 84 months; 78 months if defendant completes GED | | | | |

: Special conditions of :

**See J&C for special conditions**

: Defendant remanded to the custody of the U.S. Marshal.

s/Heather Labat
Calendar Clerk