comAO 245B (Rev. 3/01) Sheet 1 - Re-sentencing Judgment in a Criminal Case

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**Paul Ulysses Clark**

**RE-SENTENCING JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **02-CR-185(01)(JMR/SRN)**
**Manny Atwal**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] pleaded guilty to Count 4 of the Indictment.
[] pleaded nolo contendere to counts(s) which was accepted by the Court.
[] was found guilty on count(s) after a plea of not guilty.
Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Distribution of Crack Cocaine | | 4 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has been found not guilty on counts(s) **.**
[**x**] Counts 1-3 are dismissed on the motion of the United States.

Special Assessment Amount $**100** in full and immediately.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **0320**
Defendant's Date of Birth: **1970**
Defendant's USM No.: **10403-041**

**January 3, 2007**
Date of Imposition of Judgment

s/ James M. Rosenbaum
Signature of Judicial Officer

**JAMES M. ROSENBAUM**, Chief United States District Judge
Name & Title of Judicial Officer

January 8, 2007
Date

DEFENDANT: PAUL ULYSSES CLARK
CASE NUMBER: 02-CR-185(01)(JMR/SRN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **84 months**. **However, upon proof of the completion of his GED, defendant's sentence will be reduced to 78 months.** Defendant is given credit for time served.

[**x**] The Court makes the following recommendations to the Bureau of Prisons:
**Defendant shall be given special consideration, and any necessary medical treatment. The Court recommends participation in the 500 Hour Residential Drug Treatment program.**

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Officer.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

____________________________________________

____________________________________________

____________________________________________

Defendant delivered on____________________ to ____________________________

at ________________________, with a certified copy of this Judgment.

____________________________
UNITED STATES MARSHAL

By ____________________________
Deputy U.S. Marshal

DEFENDANT: PAUL ULYSSES CLARK
CASE NUMBER: 02-CR-185(01)(JMR/SRN)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 years.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13,1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[] The above drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

[**x**] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this Judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this Judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without permission of the Court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) The defendant shall support his or her dependants and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit home or her at an time a home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: PAUL ULYSSES CLARK
CASE NUMBER: 02-CR-185(01)(JMR/SRN)

# SPECIAL CONDITIONS OF SUPERVISION

a The defendant shall not commit any crimes, federal, state, or local.

b The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d The defendant shall submit to periodic drug testing and participate in substance abuse treatment and aftercare as directed by the probation office.

e The defendant shall participate in psychological or psychiatric counseling or a treatment program, as approved by the probation officer. Specifically, defendant shall participate in anger management and domestic abuse counseling as approved by the probation officer.

f The defendant shall abstain from the use of alcohol or other intoxicants.

g The defendant shall not associate with any member, prospect or associate of the Shotgun Crips gang or any other gang.