PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
FEB 22 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Paul Ulysses Clark**

**Docket No. 0:02CR00185-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Paul Ulysses Clark** who was sentenced for Distribution of Approximately 75 Grams of Crack Cocaine on March 13, 2003, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; substance abuse treatment; no gang association; and mental health aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Clark is scheduled to be released from the custody of the Bureau of Prisons on August 14, 2008. In an effort to assist Mr. Clark in gaining and maintaining employment upon his release, it is requested the Court modify his conditions of supervision to include the District of Minnesota Employment Offender condition. On January 12, 2008, Mr. Clark reviewed the proposed modification and executed a Prob 49, Hearing Waiver, offering no objection.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

SCANNED
FEB 2 2 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 22nd day of February 2008, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
Senior U.S. Probation Officer

| | |
|---|---|
| Telephone: | 612-664-5426 |
| Executed on | February 20, 2008 |
| Place | Minneapolis |

Approved:

John G. Baskfield
Supervising U.S. Probation Officer