Prob 49

**FILED BY CLERK OF COURT**

RECEIVED
FEB 22 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Paul Ulysses Clark

Docket No. 0:02CR00185-001

## HEARING WAIVER

I, Paul Ulysses Clark, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

Signed: Paul Clark (signature)
Paul Ulysses Clark

Witness: (signature)

Dated: 1-12-08

SCANNED
FEB 2 _ 2008
U.S. DISTRICT COURT MPLS